UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| STEPHANIE JONES, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>   v.<br><br>BANKERS TRUST COMPANY,<br><br>           Defendant. | Case No. 4:23-CV-00477 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, by counsel, respectfully moves the Court, under Fed. R. Civ. P. 23(e)(1), to enter the tendered agreed Preliminary Approval Order, which:

(1)    Certifies the Settlement Classes for purposes of settlement;

(2)    Appoints Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel for the Settlement Classes;

(3)    Grants Preliminary Approval to the class action Settlement Agreement and Release (the "Settlement"), attached as Exhibit 1 to the Declaration of Lynn A. Toops;

(4)    Approves the form and method of sending Notice of the proposed Settlement to the Settlement Classes;

(5)    Sets deadlines for members of the Settlement Classes to object to, or opt out of, the Settlement;

(6)    Sets a date for a Final Approval Hearing to be set by the Court in late October 2025.

Plaintiff has submitted a separate memorandum in support of this motion. Defendant does not oppose this motion.

Respectfully Submitted on 6/16/2025,

/s/ *Roxanne Barton Conlin*
Roxanne Barton Conlin
**ROXANNE CONLIN & ASSOCIATES, P.C.**
3721 SW 61st Street, Suite C
Des Moines, IA 50321
Telephone: (515) 283-1111
Fax : (515) 282-0477
Roxanne@roxanneconlinlaw.com

Shawn K. Judge (admitted *pro hac vice*)
Mark H. Troutman (admitted *pro hac vice*)
**GIBBS LAW GROUP LLP**
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
skj@classlawgroup.com
mht@classlawgroup.com

Lynn A. Toops (admitted *pro hac vice*)
**COHEN AND MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801

Fax: (615) 255-5419
gstranch@stranchlaw.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 6/16/2025, the foregoing was filed with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Devin C. Kelly*
Devin C. Kelly